BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MDL No. 2860
IN RE: Manetirony Clervrain Litigation

NOTICE OF APPEARANCE

**PARTIES REPRESENTED**

Defendants:   United States of America
              Bureau of Prisons

**SHORT CASE CAPTION**

*Clervrain v. United States of America and Bureau of Prisons*, Civ. No. 5:17-cv-03194 (D. Kan.)

      In compliance with Rule 4.1(c), the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| July 5, 2018 | /s/ Robin R. Anderson |
|---|---|
| Date | Signature of Attorney |

**Name and Address of Designated Attorney:**

Robin R. Anderson, Assistant United States Attorney, U.S. Attorney's Office for the District of Kansas, 500 State Avenue, Suite 360, Kansas City, Kansas 66101

Telephone No.:   913-551-6730        Fax No.:   913-551-6541

Email Address: Robin.Anderson@usdoj.gov

Dated: July 5, 2018                                        Respectfully submitted,

                                                                   STEPHEN R. MCALLISTER
                                                                   United States Attorney
                                                                   District of Kansas

                                                                   s/ Robin R. Anderson
                                                                   ROBIN R. ANDERSON
                                                                   Assistant United States Attorney
                                                                   KS S. Ct. No. 23142
                                                                   500 State Avenue, Suite 360
                                                                   Kansas City, Kansas 66101
                                                                   PH: 913-551-6730
                                                                   FX: 913-551-6541
                                                                   EM: Robin.Anderson@usdoj.gov


**PROOF OF SERVICE**

      I certify that on July 5, 2018, this document was electronically filed using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I further certify that a file-stamped copy of this document will be mailed by first-class mail to the pro se plaintiff at:

Manetirony Clervrain
96396-004
Moshannon Valley Correctional Institution
555 GEO Drive
Philipsburg, PA 16866

                                                                  s/ Robin R. Anderson
                                                                   ROBIN R. ANDERSON
                                                                   Assistant United States Attorney